UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTTY LEE WHITE,

Plaintiff,

v.

SUSAN E. BINDLER, et al.,

Defendants.

Case No. 25-cv-08605-JST

**ORDER DISMISSING CASE**

Re: ECF No. 49

On January 14, 2026, the Court dismissed the operative complaint in this case for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.  ECF No. 49.  The Court provided 21 days for Plaintiff Scotty White to file an amended complaint.  *Id*. at 3.  The Court advised that if no complaint that complied with Rule 8 was filed, the case would be dismissed with prejudice. *Id*. at 3–4.  To date, no amended complaint has been filed.  Accordingly, this case is dismissed without leave to amend.  The motion to compel is denied as moot.  ECF No. 53.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California