UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTY LEE WHITE, | Case No. 25-cv-08605-JST |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |
| SUSAN E. BINDLER, et al., | Re: ECF No. 59 |
| Defendants. | |

Now before the Court is Scotty White's motion for relief from judgment and order of dismissal which was filed February 17, 2025. ECF No. 59. Federal Rule of Civil Procedure 60(b) provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Motions for reconsideration should not be frequently made or freely granted; they are not a substitute for appeal or a means of attacking some perceived error by the court. *Id.*

White's motion fails to make the showing required under Rule 60(b) or otherwise to show good cause for reconsideration. In short, White disagrees with the Court's ruling and merely repeats arguments that there were errors in the Court's procedure as well as misconduct by the clerk of this Court. ECF No. 59 at 3. White argues that the Court's decision to dismiss the case when he did not file an amended complaint within the specified timeframe was erroneous and that there are extraordinary circumstances given his allegations of clerk misconduct, but these are not grounds for relief under Rule 60(b).

Accordingly, the motion for relief from judgment is denied.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

_____
JON S. TIGAR
United States District Judge